UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In re

JANICE RENEE PUGH,

Debtor.

Case No. 13-23483

Chapter 13

___

ORDER GRANTING INTERNAL REVENUE SERVICE'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

___

For the reasons stated in the Court's Memorandum Decision entered on this date, IT IS ORDERED the automatic stay is modified to allow the IRS to offset the debtor's postpetition tax overpayment for 2013 against the debtor's prepetition 2011 tax liability.

May 27, 2014

Margaret Dee McGarity
United States Bankruptcy Judge